IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-506 |
| | ) | |
| -versus- | ) | |
| | ) | |
| ANTWAN XAVIER GRANT, | ) | |
| TEVIN JERMAINE FULMORE, | ) | |
| ZYSHONNE TREMONTA DAYON GANTT, | ) | |
| DARRELL KASEY WILLIAMS, | ) | |
| RASHAD MONTEZ HEYWARD-WILLIAMS, | ) | |
| DE'ANDRE MARQUEL WILLIAMS, | ) | |
| TEVIN JAWAUN GLOVER, | ) | |
| ESSENCE TAMIA CEMON ANCRUM, | ) | |
| ANTONIO SNIPE, JR., | ) | |
| RAHEEM OMAR BROWN | ) | |
| | ) | |

On May 18, 2022, the Court directed counsel for the government to confer with defense counsel and obtain an estimate for the number of days it will take to try the instant case. (ECF No. 513). On May 19, 2022, the undersigned counsel for the government corresponded with defense counsel, estimating that in its current posture the estimated length of trial for this case is ten days. The consensus among counsel for the above-named defendants and counsel for the government is that, subject to the charges against one or more of the defendants being resolved prior to trial, the estimated length of trial in this case is ten days. As directed by the Court (ECF No. 514), counsel for the government will provide regular updates on the status of the case.

<<< SIGNATURE ON NEXT PAGE >>>

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

_s/ Whit Sowards_
Whit Sowards (Fed. ID 11844)
Assistant United States Attorney
151 Meeting Street, Ste. 200
Charleston, South Carolina 29401
(843) 727-4381

May 20, 2022
Charleston, South Carolina